THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH WAYNE STAMPER,<br><br>Defendant. | CASE NO. CR15-0238-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Keith Wayne Stamper's unopposed motion to continue the trial date and pretrial motions deadline (Dkt. No. 19) and Speedy Trial Waiver (Dkt. No. 20). The Court understands that the requested continuance will enable Mr. Stamper to adequately prepare his defense.

The Court finds that the interests of justice will be served by ordering the continuance in this case and that said continuances are necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). It is therefore ORDERED that the trial date in this matter be continued from October 5, 2015 to January 4, 2016. The due date for pretrial motions is hereby extended to December 10, 2015. Trial briefs, proposed *voir dire*, and proposed

jury instructions—including a list of agreed upon and contested instructions—are due to the Court on or before December 24, 2015.

The period of time from the previous trial date of October 5, 2015 to January 4, 2016 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 9 day of September 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk
